Mark E. Ellis - 127159
Brandon L. Reeves - 242897
Ephraim Egan - 278122
ELLIS LAW GROUP, LLP
740 University Avenue, Suite 100
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Defendant KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Miriam T. Devlin aka Miriam T. Vianu aka Mimi Devlin,<br><br>    Plaintiff,<br><br>v.<br><br>KelKris Associates, Inc., dba Credit Bureau Associates, and ROES 1 through 10,<br><br>    Defendant. | Federal Case No.:<br><br>Contra Costa County Case No.: MSL 14-04332<br><br>**CROSS-DEFENDANT CREDIT BUREAU ASSOCIATES' NOTICE OF REMOVAL OF CROSS-COMPLAINT TO FEDERAL COURT** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Cross-Defendant KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES hereby removes to this Court the Cross-Complaint *only*, in the state court action described below:

1. On October 13, 2014, an action was commenced in Superior Court, State of California, County of Contra Costa, entitled KelKris Associates, Inc., dba Credit Bureau Associates, Plaintiff, v. Miriam T. Devlin aka Miriam T. Vianu aka Mimi Devlin, Defendant, as case number MSL 14-04332.

2. On or about January 9, 2015, KelKris Associates, Inc., dba Credit Bureau Associates was served with a Cross-Complaint, attached hereto as **Exhibit A.**

3. This Court has jurisdiction to hear this case because this action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1331, and is one which may be removed to

- 1 -

this Court by defendant pursuant to the provisions of 28 U.S.C. section 1441(a) in that the Cross-Complaint arises under the federal Fair Debt Collection Practices Act, 15 U.S.C. section 1692 *et seq.*

Dated: February 6, 2015

                ELLIS LAW GROUP, LLP

                By   */s/ Brandon L. Reeves*
                      Brandon L. Reeves
                      Attorney for Defendant
                      KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES

CROSS-DEFENDANT CREDIT BUREAU ASSOCIATES' NOTICE OF REMOVAL OF CROSS-COMPLAINT TO FEDERAL COURT

# EXHIBIT A

Nicolás C. Vaca, SBN 122957
Kris D. Vaca, SBN 100405
Law Office of Nicolás C. Vaca
1655 North Main St., Suite 260
Walnut Creek, CA 94596
Tel: (925) 876-8709
Fax: (925) 256-6761
E-mail: nickvaca@pacbell.net

Attorney for Cross-Complainant
Miriam T. Devlin

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF CONTRA COSTA

(LIMITED JURISDICTION)

| | |
|---|---|
| KelKris Associates, Inc., dba Credit Bureau Associates,<br><br>　　Plaintiff,<br><br>v.<br><br>Miriam T. Devlin aka Miriam T. Vianu aka Mimi Devlin, and DOES 1 to 5,<br><br>　　Defendants. | NO. MSL14-04332<br><br>DEFENDANT MIRIAM DEVLIN'S CROSS-COMPLAINT FOR:<br><br>1.　VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA)<br><br>2.　VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT (CCP 1788 ET SEQ.) |
| Miriam T. Devlin aka Miriam T. Vianu aka Mimi Devlin,<br><br>　　Cross-Complainant,<br><br>v.<br><br>KelKris Associates, Inc., Credit Bureau Associates, and ROES 1 through 10,<br><br>　　Defendants. | |

DEFENDANT'S ANSWER TO COMPLAINT

Defendant MIRIAM DEVLIN ("Cross-Complainant"), by way of this cross-complaint ("Cross-Complaint"), alleges as follows:

## FACTS APPLICABLE TO ONE OR MORE CAUSES OF ACTION

1. At all times relevant herein, Cross-Complainant was a resident of the County of Contra Costa, State of California and is a "consumer" as the term is defined by 15 U.S.C. §1692a(3).

2. Cross-Complainant is informed and believe and thereon alleges that at all times relevant herein, Cross-Defendant KelKris Associates, Inc. dba Credit Bureau Associates, was licensed to do business is California, was operating as a collection agency, and is a "debt collector" as the term is defined by 15 U.S.C. §1692a(6).

3. On or about November 23, 2013, Cross-Defendant sent a letter to Cross-Complainant entitled "Notice of Intended Legal Action" requesting payment of $12,792.67 on Acct #: 00787032 and PIN #: 54636, Balance of $4,098.17.

4. The letter did not contained all of the language required by 15 U.S.C. §1692g(a). Specifically, it did not advise Cross-Complainant that he had thirty (30) days to request validation of the alleged debt.

5. Subsequent to this letter, Cross-Complainant received a second letter dated November 12, 2014, which contained the following information: Collection for 651 Moraga Rd., #11, Client I.D.: 1203280/Rheem Terrace, Acct #: 00787032, PIN #: 54636, Balance of $4,098.17 due and payable (the "Letter").

6. The Letter provided three alternative forms of response: (1) Mail balance in full to Plaintiff's office at once, using the payment stub provided; (2) call an 800 number to

DEFENDANT'S ANSWER TO COMPLAINT
2

make arrangements; (3) and allowing defendant to write her telephone number in the space provided and returning the Letter.

7. The Letter did not contained all of the language required by 15 U.S.C. §1692g(a). Specifically, it did not advise Cross-Complainant that he had thirty (30) days to request validation of the alleged debt.

8. On August 13, 2014, October 30, 2014, Cross-Defendant filed the instant complaint and prayed for $2,613.57 plus prejudgment interest at the rate of 10% from 11/01/10 to 9/30/12.

9. Cross-Complainant is ignorant of the true name and capacities of those cross-defendants presently named as "ROES 1 through 10", and therefore currently sues these cross-defendants by these fictitious names. Cross-Complainant will amend this complaint to show their true names and capacities when the same have been ascertained.

10. Cross-Complainant is informed and believes that, at all times relevant to the Cross-Complaint, each of the cross-defendants, including ROES 1-10, inclusive, were the agents, employers and/or employees of each other and, in acting as described in this cross-complaint, were acting within the scope of their authority as such agents, employers and/or employees and that all such actions were undertaken with the permission, ratification and consent of the remaining defendants.

## FIRST CAUSE OF ACTION
### (Violation of Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. §1692)

11. Cross-Complainant realleges and incorporates into this Cause of Action paragraphs 1 through 10.

12. Cross-Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692e, because it made and/or employed false, deceptive and misleading representations and/or means in connection with the instant cause of action.

13. The false, deceptive and misleading representations made include the incorrect amount listed on the Complaint. The amount listed in the Complaint did not reflect the $12,792.67 amount listed in the October 13, 2013, letter. The amount listed in the Complaint also did not reflect the $4,098.17 stated in the November 12, 2014, demand letter.

14. As a result of the foregoing violations, Cross-Defendant is liable for actual damages, including general damages and special damages in an amount to be proven at trial, but not less than $1,000 per cross-complainant pursuant to 15 U.S.C. §1692(k) a 2 a.

15. As a result of the foregoing violations, Cross-Defendants are liable for costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692(k) a 3.

### SECOND CAUSE OF ACTION
(Violation of Rosenthal Fair Debt Collection Practices Act
(RFDCPA) Cal. Civ. Code 1788 et seq.)

16. Cross-Complainant realleges and incorporates into this Cause of Action paragraphs 1 through 15.

17. Cross-Defendants violated the RFDCPA because pursuant to RFDCPA § 1788.17 a violation of the FDCPA is also a violation of the RFDCPA.

18. As a result of the foregoing violations set forth above in the Third Cause of Action, Cross-Defendants are liable for actual damages, including general damages and special damages in an amount to be proven at trial, but not less than $1,000 per cross-

complainant pursuant to Cal. Civ. Code §1788.30(b).

19. As a result of the foregoing violations, Cross-Defendants are liable for costs and reasonable attorney's fees pursuant to 1788.30(c).

## RELIEF SOUGHT

WHEREFORE, plaintiffs prays for judgment against defendants as follows:

**As to the First Cause of Action for Violation of FDCPA:**

1. For actual damages in the an amount to be proven at trial, but no less than $1,000 per violation of the FDCPA;

2. For costs of suit incurred herein;

3. For reasonable attorney's fees; and

4. For such other relief as the Court deems just and proper.

**As to the Second Cause of Action for Violation of RFDCPA:**

1. For actual damages in the an amount to be proven at trial, but no less than $1,000 per violation of the FDCPA;

2. For costs of suit incurred herein;

3. For reasonable attorney's fees; and

4. For such other relief as the Court deems just and proper.

DATED: January 9, 2015

LAW OFFICE OF NICOLÁS C. VACA

_____
Nicolás C. Vaca, Attorneys for Defendant
Miriam T. Devlin

# DECLARATION OF PROOF OF SERVICE

*KelKris Associates, Inc. v. Miriam Devlin*
Contra Costa County Superior Court
(Limited Jurisdiction)
Case #MSL14-04332

I, **Nicolás C. Vaca**, declare that I am employed in the county of Contra Costa, California; that I am over the age of eighteen years and not a party to the within cause of action; that my address is 1655 North Main St., Suite 260, Walnut Creek, California 94596; that on **January 9, 2015**, I caused to be served a copy of the following:

**DEFENDANT MIRIAM DEVLIN'S CROSS-COMPLAINT**

on the parties listed below by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_: **FIRST CLASS MAIL**--I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. mail in Walnut Creek, California, for collection and mailing following ordinary business practices.

____: **PERSONAL SERVICE**--I caused each such envelope to be personally delivered to the office of the addressee.

____: **OVERNIGHT COURIER**--I caused each such envelope to be given to an overnight mail service at Walnut Creek, California, to be hand delivered to the office of the addressee on the next business day.

____: **FACSIMILE**--Only where permitted. Must consult CCP Sec. 1012.5 and California Rules of Court 2001-2011.

## PARTY AND ADDRESS

Terry A. Dupree, Esq.
Terry A. Dupree, Inc.
622 Jackson Street
Fairfield, CA 94533

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **January 9, 2015**, at Walnut Creek, California.

_____
**Nicolás C. Vaca**

PROOF OF SERVICE