1  Mark E. Ellis - 127159
   Brandon L. Reeves - 242897
2  Ephraim Egan - 278122
   ELLIS LAW GROUP, LLP
3  740 University Avenue, Suite 100
   Sacramento, CA 95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5

6  Attorneys for Defendant KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES

7

8  UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 Miriam T. Devlin aka Miriam T. Vianu aka Mimi Devlin,         Federal Case No.:
12                                                              Contra Costa County Case No.: MSL 14-04332
           Plaintiff,
13
   v.
14                                                              **DEFENDANT CREDIT BUREAU ASSOCIATES' DEMAND FOR JURY TRIAL**
   KelKris Associates, Inc., dba Credit Bureau
15 Associates, and ROES 1 through 10,

16         Defendants.

17

18     Defendant KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES hereby

19 demands a jury trial in this matter.

20 Dated: February 6, 2015
                                        ELLIS LAW GROUP, LLP
21

22                                 By   /s/ Brandon L. Reeves
                                        Brandon L. Reeves
23                                      Attorney for Defendant
                                        KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU
24                                      ASSOCIATES

25

26

27

28

- 1 -