1  Mark E. Ellis - 127159
   Brandon L. Reeves - 242897
2  Ephraim Egan - 278122
   ELLIS LAW GROUP, LLP
3  740 University Avenue, Suite 100
   Sacramento, CA  95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5

6  Attorneys for Defendant KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU ASSOCIATES

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 Miriam T. Devlin aka Miriam T. Vianu aka Mimi    | Federal Case No.:
   Devlin,
12                                                   | Contra Costa County Case No.:  MSL 14-04332
            Plaintiff,
13
   v.                                               | **CERTIFICATION AND NOTICE TO**
14                                                   | **INTERESTED PARTIES**
   KelKris  Associates,  Inc.,  dba  Credit  Bureau
15 Associates, and ROES 1 through 10,

16          Defendants.

17

18      The  undersigned,  counsel  of  record  for  Defendant  KELKRIS  ASSOCIATES,  INC.  DBA

19 CREDIT BUREAU ASSOCIATES, certifies that the following listed parties have a direct, pecuniary

20 interest in the outcome of this case. These representations are made to enable the Court to evaluate

21 possible disqualification or recusal.

22      1.      Miriam T. Devlin, Plaintiff.

23      2.      KelKris Associates, Inc., dba Credit Bureau Associates, Defendant.

24 Dated: February 6, 2015
                                ELLIS LAW GROUP, LLP
25

26                              By __/s/ *Ephraim Egan*_____
                                    Ephraim Egan
27                                  Attorney for Defendant
                                    KELKRIS ASSOCIATES, INC. DBA CREDIT BUREAU
28                                  ASSOCIATES.

                                          - 1 -