1  Nicolás C. Vaca, SBN 122957
2  Kris D. Vaca, SBN 100405
   Law Offices of Nicolás C. Vaca
3  1655 North Main St., Suite 260
   Walnut Creek, CA 94596
4  Telephone Number: (925) 876-8709
   Facsimile Number:  (925) 256-6761
5  Email Address: nickvaca@pacbell.net

6
   Attorney for Cross-Complainant
7  Miriam T. Devlin

8

9                      IN THE UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

12

13  Miriam T. Devlin aka Miriam T. Vianu aka      CASE #: 3:15-cv-00582-WHA
    Mimi Devlin,
14
15                      Cross-Complainant,         DECLARATION OF NICOLÁS C.
                                                   VACA IN SUPPORT.
16

17          v.

18                                                 Date:        April 16, 2015
                                                   Time:        8:00 a.m.
19                                                 Judge:       Honorable William H. Alsup
                                                   Courtroom:   8, 19th Floor
20  KelKris Associates, Inc., dba Credit Bureau    Place:       450 Golden Gate Ave.
    Associates, and ROES 1 through 10,                          San Francisco, CA
21
                        Cross-Defendants.
22

23

24

25

26

27

28

DECLARATION OF NICOLÁS C. VACA IN SUPPORT              Case No. 3:15-cv-00582-WHA

# DECLARATION

I, Nicolás C. Vaca, declare under penalty of perjury, as provided by the laws of the United States, at 28 U.S.C. §1746, that the following statements are true:

1.    I am an attorney, duly admitted to practice before this court, and counsel for plaintiff Miriam Devlin.

2.    In my capacity as counsel for Plaintiff, I have personal knowledge of the matters stated in this declaration.

3.    Attached hereto as **EXHIBIT 1** is a certified copy of the complaint filed in California State Superior Court, Contra Costa County, Case No. L14-04332 by Defendant.  The cost for the certification was $25.00.

3.    Attached as **EXHIBIT 2** is a memorandum of my time records in connection with KelKris' wrongful removal of this case, which totals 8.90 hours of attorney time.

4.    My billable rate in this action is $400 per hour and my firm.  Thus, Plaintiff seeks an award for my time regarding improper removal in the amount of $ 3,560.00 and costs of $25.00.

## BASIS FOR BILLABLE RATE

5.    I received my A.B. in 1966, my M.A. in 1970 and my Ph.D. in 1976 from the University of California at Berkeley.  I received my J.D. from Harvard Law School in 1981.

6.    I am a member of the California Bar and have been admitted to practice before United States Supreme Court, the United States Court of Appeals for the Ninth District, the United States District Court of California, Northern District, the United States District Court of California, Central District and the United States District Court of California, Eastern District.

DECLARATION OF NICOLÁS C. VACA IN SUPPORT                    Case No. 3:15-cv-00582-WHA

7.     Over the years, I have been either a sole practitioner or equity partner in various law firms.  For the last four years, I have been a sole practitioner in Walnut Creek, California with an emphasis on consumer law.

8.     Not only do I have extensive experience in consumer law but I also have extensive experience in complex litigation.  During my years of practice, I have represented numerous private institutional clients including The Clorox Company, Bank of America, AT&T, Pacific Gas & Electric Company, East Bay Municipal Water District, Nautilus International, Inc., Bay Area Rapid Transit ("BART") and Dow Corning.   My representation of The Clorox Company, Nautilus International, Inc. and Dow Corning involved defending them in complex products liability cases.

9.     While representing Pacific Gas & Electric Company, I successfully represented a "whistle-blower" who advised Pacific Gas and Electric Company of alleged fraud by people paid by PG&E for certain services.  During discovery the court ordered the disclosure of the whistle-blower's identity.  I filed a writ of mandate challenging the order.  The Court of Appeal agreed with me that the trial court had abused its discretion in ordering disclosure.  The appeal was published as *John Z., v. The Superior Court of Contra Cost County*, 1 Cal. App. 4th 789 (1991).

10.    My representation of private entities has involved complex litigation, perhaps the most representative being Dow Corning where my firm was local counsel defending Dow Corning in the breast implant litigation.

11.    I have also represented the Alisal School District in Salinas, California in a construction defect case involving eight different defendants and/or cross-defendants.  The issues presented and the number of parties made the case an extremely complex piece of

-3-

litigation.

12.   In my practice I have also represented municipal entity clients including the City of

Antioch, the City of Pittsburg and Contra Costa County and several school districts.

13.   I represented the City of Antioch in a complex matter when one of its zoning laws was

challenged under the Americans with Disabilities Act of 1990.  I also defended the City

of Antioch in a multi-party, highly complex case wherein it was sued for violation of the

Comprehensive Environmental Response, Compensation and Liability Act (CERLCA).

Finally, I also represented the City of Antioch as a plaintiff in a multi-party construction

defect case involving the defective installation of a lengthy sound wall.

14.   In 2005, I was appointed as Special Master and Discovery Referee by Magistrate Bernard

Zimmerman in the case entitled *Green v. Sandia National Laboratories, et al.*, United

District Court of California, Northern District, No. C-97-0596.   In that capacity I

oversaw all phases of discovery, participated in depositions and issued orders and

findings.

15.   I have been a faculty member with the National Institute of Trial Advocacy ("NITA")

since 1996.  As a NITA faculty member, I instruct lawyers in how to take and defend

depositions.  I also participate in week-long sessions where I instruct attorneys on how to

conduct trials.

16.   Since August 2009, I have been a faculty member with NITA, the American Bar

Association ("ABA") and the Conference of Western Attorneys General ("CWAG")

teaching week-long courses to Mexican judges, prosecutors and public defenders on how

to conduct oral advocacy in their new judicial system, which for the first time allows such

advocacy.  These courses, which are presented in Spanish, include instructions in how to

prepare and present an opening statement, conduct direct and cross-examination, how to introduce evidence during a trial, how to make objections and how to prepare and present a closing argument.

17.   I have been AV rated by Martindale Hubbell since 2005.

18.   I successfully represented the Hilltop Green Homeowners Association, et al. in a class action titled *Hilltop Green Homeowners Association, et al v. Richmond Sanitary Service, Inc., et al.*, Contra Costa County Superior Court, Case No. C-10-02174.  After settlement of the action, the court awarded me my hourly fee of $400.00 per hour.

### POSSIBLE FEES NOT YET INCURRED RELATED TO THIS MOTION

19.   Attached to this motion, as **EXHIBIT 2** is a memo of my time records relating to this matter for time incurred to date.

20.   Since my billable rate in this action is $400 per hour, Plaintiff seeks an award for the sum set forth in **EXHIBIT 2**.  This amount does not include future expenditures of my time, such as attending a hearing on the motion or to prepare any additional briefs, if Defendant files any opposition papers or a separate motion.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of March, 2015

   /s/ Nicolás C. Vaca
       Nicolás C. Vaca