1 | Nicolás C. Vaca, SBN 122957
2 | Kris D. Vaca, SBN 100405
  | Law Offices of Nicolás C. Vaca
3 | 1655 North Main St., Suite 260
  | Walnut Creek, CA 94596
4 | Telephone Number: (925) 876-8709
  | Facsimile Number:  (925) 256-6761
5 | Email Address: nickvaca@pacbell.net
6 |
  | Attorney for Cross-Complainant
7 | Miriam T. Devlin
8 |
9 | IN THE UNITED STATES DISTRICT COURT
10 |
   | NORTHERN DISTRICT OF CALIFORNIA
11 |
12 |
13 | Miriam T. Devlin aka Miriam t. Vianu aka
   | Mimi Devlin,                                           CASE #: 3:15-cv-00582-WHA
14 |
15 |                                                         [PROPOSED] ORDER REMANDING
   |                      Cross-Complainant,                 ACTION TO STATE COURT AND
16 |                                                         AWARDING OF COSTS AND
   |                                                         ATTORNEYS FEES
17 |         v.
18 |
19 | KelKris Associates, Inc., dba Credit Bureau
   | Associates, and ROES 1 through 10,
20 |
21 |                      Cross-Defendants.
22 |
23 |
24 |
25 |
26 |
27 |
28 |

-1-

[PROPOSED] ORDER TO REMAND                                        Case No.  3:15-cv-00582-WHA

1

2    The Motion of Cross-Complainant Miriam Devlin in the above-entitled action, for an Order

3    pursuant to 18 U.S.C. § 1447(c) remanding the action 15-cv-00585-WHA, to the superior Court of

4    California from which it was removed, came on for hearing before me on April 16, 2015.

5    Upon reading and considering the supporting papers filed in connection with plaintiff's

6    motion to remand, and defendant's opposition to the motion in the above-styled action and the

7    evidence presented in support and in opposition thereto, and it satisfactorily appearing to the court

8    that good cause has been shown,

9    IT IS HEREBY ORDERED THAT:

10

11    1.    Cross-Complainant's motion for remand is GRANTED;

12    2.    The case, 3:15-CV-00582-WHA, is REMANDED to the Superior Court of

13         California, Contra Costa County; and

14    3.    Cross-Complainant is awarded $3,585 in attorneys' fees and costs;

15    4.    Payment of the award is to be made within _____days after the date hereof.

16

17

18    DATED:          _____,2015

19

20                                      _____

21                                      Honorable William H. Alsup
                                        United States District Judge

22

23

24

25

26

27

28
                                        -2-