1  Nicolás C. Vaca, SBN 122957
2  Kris D. Vaca, SBN 100405
   Law Offices of Nicolás C. Vaca
3  1655 North Main St., Suite 260
   Walnut Creek, CA 94596
4  Telephone Number: (925) 876-8709
   Facsimile Number:  (925) 256-6761
5  Email Address: nickvaca@pacbell.net

6
   Attorney for Cross-Complainant
7  Miriam T. Devlin

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11

12

13  Miriam T. Devlin aka Miriam t. Vianu aka       CASE #: 3:15-cv-00582-WHA
    Mimi Devlin,
14

15                                                 CERTIFICATE OF SERVICE
                   Cross-Complainant,
16

17         v.

18

19  KelKris Associates, Inc., dba Credit Bureau
    Associates, and ROES 1 through 10,
20

21                 Cross-Defendants.

22

23

24

25

26

27

28
                                            -1-
   CERTIFICATE OF SERVICE                                   Case No. 3: 15-cv-00582-WHA

# CERTIFICATE OF SERVICE

I, Nicolás C. Vaca, am a citizen of the united States and am least eighteen years of age. My business address is 1655 North Main St., Suite 260, Walnut Creek, CA 94596. I am not a party to the above-entitled action. On **March 5, 2015**, I caused service of the following:

1. **NOTICE OF MOTION AND MOTION TO REMAND CIVIL ACTION TO CALIFORNIA SUPERIOR COURT AND FOR AWARD OF COSTS AND ATTORNEY FEES;**

2. **DECLARATION AND EVIDENCE IN SUPPORT;**

3. **[PROPOSED] ORDER REMANDING ACTION TO STATE COURT AND AWARDING OF COSTS AND ATTORNEYS FEES.**

on the following parties by:

__X___:   Electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the parties; and by

__X___:   FIRST CLASS MAIL--I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. mail in Walnut Creek, California, for collection and mailing following ordinary business practices.

## PARTIES AND ADDRESSES

Mark E. Ellis
ELLIS LAW GROUP, LLP
740 University Avenue, Suite 100
Sacramento, CA 94825
Attorneys of Record for KelKris Associates, Inc. in the Federal Action

Terry Duree
Terry A. Duree, Inc.
622 Jackson St.
Fairfield, CA 94533
Attorney of Record for KelKris Associates, Inc. In the State Action
**(BY U.S. MAIL ONLY)**

Executed on **March 5, 2015**, at Walnut Creek, CA.

I certify under penalty of perjury that the foregoing is true and correct.

/S/  Nicolás C. Vaca
Nicolás C. Vaca