IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELKRIS ASSOCIATES, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>MIRIAM T. DEVLIN,<br><br>    Defendant. | No. C 15-00582 WHA<br><br>**CLERK'S NOTICE CONTINUING HEARING AND SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT the Court has scheduled the Defendant's Motion to Remand and the Initial Case Management Conference for **April 23, 2015 at 8:00 a.m.** before the Honorable William Alsup.  Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

Please report to Courtroom 8, on the 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated: March 9, 2015

FOR THE COURT,
Richard W. Wieking, Clerk

By:_____
Dawn K. Toland
Deputy Clerk to the
Honorable William Alsup